■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID HOLLIS, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered December 8, 1965, convicting him of jumping bail as a felony, upon a plea of guilty, and imposing sentence. Judgment affirmed. Defendant's sole contention on appeal is that it was an abuse of discretion to deny his presentence application to withdraw his guilty plea. Under all the circumstances disclosed by this record, we see no abuse of discretion in that regard. Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CYRIL MORGAN, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered May 11, 1965, which, without a hearing, denied his application to vacate a judgment of said court, rendered May 27, 1964, convicting him of robbery in the third degree, unarmed, upon a plea of guilty, and imposing sentence. Order affirmed. No opinion. (See *People v. Morgan,* 26 A D 2d 587, affirming the judgment.) Beldock, P. J., Ughetta, Brennan, Hopkins and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CYRIL MORGAN, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered May 27, 1964, convicting him of robbery in the third degree, unarmed, upon a plea of guilty, and imposing sentence. Judgment affirmed. No opinion. (See *People v. Morgan,* 26 A D 2d 587, affirming an order entered May 11, 1965, in a *coram nobis* proceeding to vacate the judgment.) Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.